No. 81–1241. GOLDSTEIN *v.* CITY OF NORFOLK. Cir. Ct., City of Norfolk, Va. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for certiorari and reverse the conviction.

No. 81–964. MARSHALL & ILSLEY CORP. ET AL. *v.* CONOVER, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 81–1135. HESTER *v.* MARTINDALE-HUBBELL, INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.